UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**RAHULKUMAR M. PATEL,**<br> aka **RAHUL PATEL,**<br><br>    **Defendant.** | **Civil Action No. 21-cv-00994-SVN** |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR DEFAULT JUDGMENT AS TO
<u>DEFENDANT RAHULKUMAR PATEL aka RAHUL PATEL</u>**

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves for a default judgment as to Defendant Rahulkumar M. Patel, aka Rahul Patel ("Patel"), pursuant to Fed. R. Civ. P. 55(b)(2).

In support of this motion, the Commission has filed herewith a Memorandum in Support of the Motion, a Declaration of Rory A. Alex, and a Declaration of Susan Curtin. Also filed is a proposed form of Final Judgment as to Patel.

                                              Respectfully submitted,

                                              <u>//s// Martin F. Healey            </u>
                                              Martin F. Healey (D. CT. Bar No. 25093;
                                                  Mass. Bar No. 227550)
                                             Susan Cooke Anderson (D.C. Bar No. 978173)
                                             Ellen Bober Moynihan (Mass. Bar No. 567598)
                                             Susan Curtin (Mass. Bar No. 554550)

                                             SECURITIES AND EXCHANGE COMMISSION
                                             Boston Regional Office

                          33 Arch St., 24th Floor
                          Boston, MA 02110
                          Phone: (617) 573-8952 (Healey direct)
                          Fax: (617) 573-4590 (fax)
                          HealeyM@sec.gov (Healey email)

                          Local Counsel:

                          /s/ Michelle L. McConaghy
                          Michelle L. McConaghy, ct27157
                          Assistant United States Attorney
                          United States Attorney's Office
                          Connecticut Financial Center
                          157 Church St., 23rd Floor
                          New Haven, CT 06510
                          Phone: (203) 821-3700
                          Fax: (203) 773-5373
                          Email: Michelle.McConaghy@usdoj.gov

February 18, 2022

## CERTIFICATE OF SERVICE

     I, Martin F. Healey, hereby certify that on February 18, 2022, I caused a true copy of the foregoing document, along with the referenced attachments/exhibits, to be filed through the ECF system and, accordingly, the documents will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"). I also sent copies of those documents via email (two separate addresses) and by United States mail to Defendant Rahul M. Patel, 121 Providence New London Turnpike, North Stonington CT 06359.

                          //s// Martin F. Healey
                          Martin F. Healey