# UNITED STATES DISTRICT COURT
## District of Connecticut

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*

v.

RAHULKUMAR M. PATEL,
aka RAHUL PATEL,

*Defendant*

Case No. 21-cv-00994-SVN

FEB 28 2022 PM 12:47
FILED-USDC-CT-HARTFORD

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

02/26/2022
*Date*

*Filer's signature*

RAHULKUMAR M. PATEL
*Printed name*

121 PROVIDENCE NEW LONDON TURNPIKE
*Address*

NORTH STONINGTON, CT 06359
*City, State, Zip Code*

646-474-3177
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on FEBRUARY 26, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:
RAHULKUMAR M. PATEL
121 PROVIDENCE NEW LONDON TURNPIKE
NORTH STONINGTON, CT 06359

*Filer's signature*

Rev. 8/11/15