# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION
Name of Plaintiff/Petitioner

v.  Case No. <u>21-cv-00994-SVN</u>

RAHULKUMAR M. PATEL
aka <u>RAHUL PATEL</u>
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

Personal/Financial Data

1. Your full name: <u>Rahulkumar M. Patel</u>

   Your present mailing address:

   <u>121 Providence New London Turnpike</u>

   <u>North Stonington, CT 06359</u>

   <u>Telephone number: (646) 474-3177</u>

2. Are you presently employed? YES ____ NO <u>X</u>

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   Weekly earnings:

Rev. 2/3/05

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.

Date last worked: M7 Partners LLC (until June 1, 2019 medical

condition).

Weekly earnings: $2,365.00

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? $0 Zero

   b) interest, dividends, rents or investments of any kind? $0 Zero

   c) gifts or inheritances of any kind? $0 Zero

6. How much money do you have in any checking or savings account(s)? Zero

   Checking: Zero, no checking

   Savings: Zero , no savings

   Prison account:

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO X

   If YES, describe the property and state the approximate value:

   _____

   _____

8. How much money do you owe others?

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| OPENSKY CAPITAL BANK | $164.00 |
| DEPT OF ED/NELNET | $89,400.00 |
| NAVIENT | $170,281.00 |
| IRS | $190,000.00 |

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

    M.P. and H.P.

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO X

    If the answer is YES, please provide the following information for each such person:

    Name:

    Relationship:

    Employer:

    Weekly Earnings:

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.
    My doctor still has me at less than 100%. I have no income and have a lot of debt.

## Nature of Your Claim

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

    This is a major case, I have a medical condition and no attorney.

    (Additional space on next page)

## Efforts to Obtain an Attorney
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES __X__ NO

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name
   Denis Patrick Kelleher
   Talkin, Muccigrosso & Roberts LLP

   Date you contacted this attorney
   February 18, 2022

   Method of contact (in person, by telephone, etc.)
   Video (I can't speak on audio...Video is better but not 100%)

Reason why attorney was not employed to handle your case
I was giving her/his to escrow for $5,000.00. The attorney said $100,000 and that would be a start and then maybe more. I said that this is only $5,000 and I get it from friend/family. They said no.

___

b) Attorney's name
Brad Gershel
Ballard Spahr LLP

Date you contacted this attorney
February 18, 2022

Method of contact (in person, by telephone, etc.)
Video (I can't speak on audio..Video is better but not 100%)

Reason why attorney was not employed to handle your case
I was giving her/his to escrow for $5,000.00. The attorney said $30,000 and that would be a start and then maybe more. I said that this is only $5,000 and I get it from friend/family. Then he made something of a settle and I said 'no, no, no". He said then you would need $100,000 escrow and more later on.

___

c) Attorney's name
Stephanie R. Schuman
Leaf Legal, P.C.

Date you contacted this attorney
February 18, 2022

Method of contact (in person, by telephone, etc.)
Video (I can't speak on audio…Video is better but not 100%)

Reason why attorney was not employed to handle your case
<u>I was giving her/his to escrow for $5,000.00. The attorney said $40,000 and that would be a start and then maybe more. I said that this is only $5,000 and I get it from friend/family.</u>

15. Explain any other efforts you have made to obtain an attorney to handle your case.

16. Please provide any other information which supports your application for the court to appoint counsel.

    <u>My father, Manherlal Patel, who helped me write these answers. My doctor is still below at 100%.</u>

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO <u>X</u>

    If you answered YES, what language do you speak?

    I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| | |
|---|---|
| __03/02/2022__ | _RP_ |
| Date | Original Signature of Movant |

Rahulkumar M. Patel
121 Providence New London Turnpike
North Stonington, CT 06359

Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Martin F. Healey
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE

33 Arch St., 24th Floor
Boston, MA 02110

3/02/22   RP
_____
Original Signature of Movant