UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:21-cv-994-SVN |
| RAHULKUMAR M. PATEL, ) ) | |
| Defendant. ) ) | |

**JOINT STATUS REPORT**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendant Rahulkumar M. Patel ("Patel" or "Defendant") submit the below status report pursuant to the Court's October 4, 2024 Order.

A. SEC

The SEC provided its Initial Disclosures to the Defendant on October 18, 2024. The disclosures were the same as those twice previously provided. On January 8, 2025, the SEC supplemented its disclosures by adding a single name to its list of individuals likely to have discoverable information.

Also on January 8, 2025, the SEC served Defendant with Requests for Admissions, Interrogatories, and Requests for Production of Documents. In substantially the same form, all three categories of discovery were served on Defendant in September and October, 2023, but no responses were received.

Defendant sought, with assent, and received an extension of time to April 8, 2025, to respond to the SEC's various discovery requests. Defendant responded on April 8.

Finally, the SEC and Defendant are discussing dates for the scheduling of non-party depositions

1

in July and August and the scheduling of Mr. Patel's deposition, presumably over multiple partial days, in September and October. The SEC expects to take between five and eight depositions.

    B. <u>Defendant Patel</u>

On October 18, 2024, the SEC made its Initial Disclosures to Mr. Patel's counsel. Upon request, the SEC has made available to Mr. Patel various documents identified in the Initial Disclosures. Defense counsel will continue reviewing with Mr. Patel how he wishes to proceed in reviewing these documents and then discuss a defense discovery plan.

On January 24, 2025, Mr. Patel provided his Initial disclosures to the SEC.

On April 8, 2025, Mr. Patel served objections and responses to the SEC's Requests for Admissions, Interrogatories, and Requests for Production of Documents. As part of his responses, Mr. Patel produced electronically stored records and other information to the SEC.

Defense counsel is in the process of coordinating dates for depositions to be noticed by the SEC. Mr. Patel has not yet identified specific individuals to depose at this time.

Respectfully Submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

//s// Martin F. Healey
Martin F. Healey (Mass Bar No. 227550)
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8952 (Healey direct)
Facsimile: (617) 573-4590
E-mail: healeym@sec.gov

Local Counsel:

_____
Michelle L. McConaghy, ct27157
Assistant United States Attorney
United States Attorney's Office
Connecticut Financial Center
157 Church St., 23rd Floor
New Haven, CT  06510
Phone: (203) 821-3700
Fax: (203) 773-5373
Email: Michelle.McConaghy@usdoj.gov



/s/  Robert M. Frost, Jr._____
Robert M. Frost, Jr. (ct19771)
FROST LAW LLC
350 Orange Street, Suite 100
New Haven, CT 06511
Tel:  (203) 495-9790
Fax: (203) 495-9795
Cell: (203) 209-6503
Email: RFrost@RFrostLaw.com

Counsel for Defendant Rahulkumar M. Patel


CERTIFICATE OF SERVICE

I, Martin F. Healey, hereby certify that on May 15, 2025, I caused a true copy of the foregoing document to be filed through the ECF system and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

//s//  Martin F. Healey_____
Martin F. Healey